JANINE A. CARLAN (SBN 197613)
janine.carlan@arentfox.com
**ARENT FOX LLP**
55 Second Street, 21st Floor
San Francisco, CA  94105-3470
Telephone:  415.757.5500
Facsimile:  415.757.5501

AZIZ BURGY (*Pro Hac Vice*)
aziz.burgy@arentfox.com
**ARENT FOX LLP**
1717 K Street, N.W.
Washington, D.C. 20006
Telephone:  202.857.6000
Facsimile:  202.857.6395

Attorneys for Plaintiff
DEVICOR MEDICAL PRODUCTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEVICOR MEDICAL PRODUCTS, INC. | Case No.  3:14-cv-05329-JCS |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |
| v. | |
| FOCAL THERAPEUTICS, INC. | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Devicor Medical Products, Inc. and Defendant Focal Therapeutics, Inc. hereby stipulate and agree through their respective counsel that all counts presently at issue in the above-captioned action are hereby dismissed WITH PREJUDICE, with each party to bear its own court costs and attorney fees.

Dated:  April 8, 2015

**ARENT FOX LLP**

By: /s/*Janine A. Carlan*
JANINE A. CARLAN (SBN 197613)
janine.carlan@arentfox.com
55 Second Street, 21st Floor
San Francisco, CA 94105-3470
Telephone:   415.757.5500
Facsimile:   415.757.5501

OF COUNSEL:

AZIZ BURGY (*Pro Hac Vice*)
aziz.burgy@arentfox.com
1717 K Street, N.W.
Washington, D.C. 20006
Telephone:   202.857.6000
Facsimile:   202.857.6395

Attorneys for Plaintiff
DEVICOR MEDICAL PRODUCTS, INC.

**DURIE TANGRI LLP**

By: /s/*Alex J. Feerst*
ALEX J. FEERST (SBN 270537)
afeerst@durietangri.com
Daralyn J. Durie
Ryan M. Kent
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415.362.6666

Attorneys for Defendant
FOCAL THERAPEUTICS INC.

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Janine A. Carlan, attest that concurrence in the filing of this document has been obtained.

By: /s/*Janine A. Carlan*
JANINE A. CARLAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  April __, 2015

_____
JUDGE JOSEPH C. SPERO

1 CERTIFICATE OF SERVICE

2   I certify that all counsel of record is being served on April 8, 2015 with a copy of this

3 document via the court's CM/ECF system.

4

5                                                        /s/ *Janine A. Carlan*
                                                         JANINE A. CARLAN